**Order entered December 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00517-CR

### ARIANNA LINDSEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F-1171158-J

## ORDER

The Court **REINSTATES** the appeal.

On November 18, 2014, we ordered the trial court to make findings regarding whether the case involved a plea bargain, whether appellant waived her right to appeal, and whether the trial court granted appellant permission to appeal. We **ADOPT** the trial court's findings that: (1) appellant pleaded guilty pursuant to an agreement that punishment would be assessed between eight and twenty-two years' imprisonment; (2) appellant did not waive her right to appeal as part of the agreement; (3) the trial court followed the agreement and sentenced appellant to eighteen years' imprisonment; (4) although there was an agreement as to a punishment cap, the parties and the trial court treated the case as involving an "open" guilty plea; (5) both parties were informed on the record that appellant could appeal the trial court's decision;

and (6) thus, the trial court has granted appellant permission to appeal. The supplemental clerk's record contains the trial court's amended certification giving appellant permission to appeal.

We have received the reporter's record from the plea and sentencing hearings, as well as the clerk's record.

Appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.


/s/     LANA MYERS
          JUSTICE